# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-649-960**

Effective date of registration:
July 28, 2012

---

## Title

- **Title of Work:** Trade of Innocents
- **Previous or Alternative Title:** The Bicycle Peddler
- **Nature of Work:** Movie

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** The Bicycle Peddler, LLC
- **Author Created:** Movie
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** The Bicycle Peddler, LLC
  4650 W. Hanolerian Way, Littleton, CO, 80128

## Limitation of copyright claim

- **Previously registered:** No

## Certification

- **Name:** Dave Ross
- **Date:** July 28, 2012

---

- **Correspondence:** Yes

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 74.92.188.165 | 2D5554333233302D21701C913D1E961387FB21C9 | µTorrent 3.2.3 | 01/25/2013 01:12:35 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Business Communications | Illinois | Elk Grove Village |
| 2 | 24.15.236.96 | 2D5554333230302D3C6C04DEE087C6589953796F | µTorrent 3.2.0 | 01/18/2013 05:44:18 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Hoffman Estates |
| 3 | 50.151.0.240 | 2D5554333233302D2170AF476884B615D60A86BF | µTorrent 3.2.3 | 01/18/2013 04:08:51 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 4 | 98.227.140.170 | 2D5554333133302DD568B819383EDF02E77DB61D | µTorrent 3.1.3 | 01/03/2013 06:30:14 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 5 | 98.212.139.123 | 4D372D362D312D2DDA6918FB7DF65279E26DC9C4 | BitTorrent 7.6.1 | 12/20/2012 03:08:36 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 6 | 71.201.76.2 | 2D5554333233302D2170158D3DB4412C7B422023 | µTorrent 3.2.3 | 12/20/2012 12:43:58 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Wheaton |
| 7 | 70.194.131.94 | 4D372D372D302D2D536DD6A08D946F7EB04C8A46 | BitTorrent 7.7.0 | 12/16/2012 03:26:18 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Verizon Wireless | Illinois | Orland Park |
| 8 | 98.213.137.126 | 2D5554323034302D52540E805172D3548DCFF26A | µTorrent 2.0.4 | 12/10/2012 03:00:42 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Rockford |
| 9 | 24.15.8.96 | 4D372D372D322D2D536F7626A3E72B5B4ACC6AAA | BitTorrent 7.7.2 | 12/08/2012 07:21:46 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Westmont |
| 10 | 98.222.68.163 | 2D554D313634302D776A2C2B3DE2DD23F84A36B4 | µTorrent Mac 1.6.4 | 12/07/2012 07:29:21 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Park Forest |
| 11 | 98.215.65.104 | 4D372D372D302D2D536D86988140AB0DB3957FDD | BitTorrent 7.7.0 | 12/07/2012 03:53:18 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 12 | 67.162.76.43 | 2D7142333036302D4C37324468676D71617E5968 | qBittorrent 3.0.6 | 12/05/2012 12:44:50 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 13 | 50.148.59.180 | 2D5554333232302DB36FD37CB3D32AD2E8C78639 | µTorrent 3.2.2 | 12/05/2012 12:37:28 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 14 | 76.16.218.199 | 2D415A343830302D52447166576D54566C536B57 | Vuze 4.8.0.0 | 12/04/2012 08:46:00 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Algonquin |
| 15 | 98.253.96.75 | 4D372D372D302D2D536DB8BF76FE2657853160D5 | BitTorrent 7.7.0 | 12/04/2012 12:48:00 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 16 | 67.173.169.191 | 2D5554333132302D9568BD342780E53102BECDC1 | µTorrent 3.1.2 | 12/03/2012 08:55:02 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 17 | 98.212.14.64 | 2D5554333133302DF96AB3A257E958584C9921D4 | µTorrent 3.1.3 | 12/03/2012 12:29:34 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Plainfield |
| 18 | 24.13.175.77 | 2D5554323230302D975C49E5F716B85BB5440F19 | µTorrent 2.2.0 | 12/02/2012 07:55:01 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Schaumburg |
| 19 | 69.246.228.99 | 2D5554333231302DB66DC0F0C103874EE67E4404 | µTorrent 3.2.1 | 12/02/2012 03:25:35 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |
| 20 | 173.167.175.113 | 2D5554333133302DF0690466140C1C4DF75FA69D | µTorrent 3.1.3 | 12/01/2012 01:54:31 PM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Business Communications | Illinois | Naperville |
| 21 | 24.13.190.108 | 2D415A343830302D3766465A584534723545425A | Vuze 4.8.0.0 | 12/01/2012 02:37:02 AM | Trade.of.Innocents.2012.LIMITED.DVDRip.XviD-GECKOS | SHA1: 5E813482FACE3941F09D3FBB7AA1F98327C03686 | Comcast Cable | Illinois | Chicago |